IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| TERRANCE A. HAMLIN | * | Case No. 20-13757-TJC |
| Debtor(s) | * | (Chapter 7) |
| * * * * * * | * | |
| | * | |
| MARYLAND DEPARTMENT OF LABOR | | |
| Plaintiff | * | |
| v. | * | Adversary Proceeding No. 20-161 |
| TERRANCE A. HAMLIN | * | |
| Defendant | | |

* * * * * * * * * * * * *

**CONSENT MOTION FOR ENTRY OF JUDGMENT AND**
**<u>CONSENT ORDER DETERMINING DEBT NONDISCHARGEABLE</u>**

Plaintiff Maryland Department of Labor and Defendant Terrance A. Hamlin, by their respective undersigned attorneys, submit this consent motion for entry of judgment and consent order determining debt nondischargeable, and in support thereof says:

1. The proposed Judgment and Consent Order Determining Debt Nondischargeable are attached.

2. This is not a compromise, merely an agreement to the relief prayed for in the complaint. Therefore, no notice is being sent to creditors pursuant to Local Bankruptcy Rule 9019-1.

<u>/s/ Orbie R. Shively</u>
Orbie R. Shively (Fed. Bar No. 04461)
Maryland Department of Labor
Litigation and Prosecution Unit
1100 North Eutaw Street, Rm. 522
Baltimore, MD 21201
(Ph.) (410) 767-4366/Fx. (410) 333-5059
orbie.shively@maryland.gov

CONSENTED TO AS TO FORM AND AS TO CONTENT


/s/ Terrance A. Hamlin
Terrance A. Hamlin
Defendant and Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on the  13th day of July, 2020, a copy of the foregoing

Consent Motion For Entry of Judgment And Consent Order Determining Debt

Nondischargeable was mailed first class, postage prepaid to:

| | |
|---|---|
| Terrance A. Hamlin<br>1721 Dewitt Avenue<br>Capitol Heights, MD 20743 | Kim D. Parker, Esq.<br>Law Offices of Kim Parker, P.A.<br>2123 Maryland Avenue<br>Baltimore, MD 21218 |
| U.S. Trustee<br>6305 Ivy Lane, Ste. 600<br>Greenbelt, MD 20770 | |

/s/ Orbie R. Shively
Orbie R. Shively