IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| TERRANCE A. HAMLIN | * | Case No. 20-13757-TJC |
| Debtor(s) | * | (Chapter 7) |
| * * * * * * | * | |
| | * | |
| MARYLAND DEPARTMENT OF LABOR | | |
| Plaintiff | * | |
| v. | * | Adversary Proceeding No. 20-161 |
| TERRANCE A. HAMLIN | * | |
| Defendant | | |
| * * * * * * * * * * * * * * | | |

## **CONSENT ORDER DETERMINING DEBT NONDISCHARGEABLE**

Upon the consent of the parties Plaintiff Maryland Department of Labor and Defendant Terrance A. Hamlin, by their respective undersigned attorneys, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the debt represented by the judgment entered contemporaneously herewith against Defendant Terrance A. Hamlin and in favor of the Plaintiff Maryland Department of Labor calculated as Two Thousand Five Hundred Eighty Dollars ($2,580.00) in overpayment principal, fraud penalty of Three Hundred Eighty-Seven Dollars ($387.00), and interest based on the fraud of ("fraud interest") of

1

      Three Hundred Fifty-Six Dollars and Eight Cents ($356.08) for a total balance of Three Thousand Three Hundred Twenty-Three Dollars and Eight Cents ($3,323.08), plus costs of Three Hundred Fifty Dollars ($350.00), be and is hereby determined to be nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A), and it is

      FURTHER ORDERED, that the fraud penalty of Three Hundred Eighty-Seven Dollars ($387.00) is also nondischargeable pursuant to 11 U.S.C. § 523(a)(7)..

CONSENTED TO AS TO FORM AND AS TO CONTENT

| /s/ Orbie R. Shively | /s/ Terrance A. Hamlin |
|---|---|
| Orbie R. Shively, Attorney for | Terrance A. Hamlin |
| Plaintiff Maryland Department of Labor | Defendant and Debtor |

      I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original consent order.

                              /s/ Orbie R. Shively
                              Orbie R. Shively

cc:

| Orbie R. Shively, Esq. | Kim D. Parker, Esq. |
|---|---|
| Maryland Department of Labor | Law Offices of Kim Parker, P.A. |
| Litigation and Prosecution Unit | 2123 Maryland Avenue |
| 1100 North Eutaw St., Rm. 522 | Baltimore, MD 21218 |
| Baltimore, MD 21201 | |
| | Terrance A. Hamlin, Esq. |
| U.S. Trustee | 1721 Dewitt Avenue |
| 6305 Ivy Lane, Sixth Floor | Capitol Heights, MD 20743 |
| Greenbelt, MD 20770 | |

**END OF ORDER**